1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone: 650.988.8500
   Facsimile: 650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   555 California Street, 12th Floor
9  San Francisco, CA 94104
   Telephone: 415.875.2300
10 Facsimile: 415.281.1350

11 Attorneys for Defendant
   Carrier IQ, Inc.

12                  UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15

16 LINDSAY PADILLA, ELIEZER PILOWSKY,        Case No.: CV-11-05975-EJD
   and STEVEN WATTS, on behalf of themselves
17 and ALL others similarly situated,         **STIPULATION RE CONTINUANCE
                                              OF TIME FOR DEFENDANT TO
18                 Plaintiffs,                RESPOND TO COMPLAINT AND
                                              [PROPOSED] ORDER EXTENDING
19          v.                                TIME TO RESPOND TO COMPLAINT**

20 CARRIER IQ, INC., a Delaware Corporation,
   and Does 1 to 10, inclusive,
21
                   Defendants.
22

23      WHEREAS the above-referenced plaintiffs filed the above-captioned case;

24      WHEREAS the above-referenced plaintiffs allege violations of the Federal Wiretap Act

25 and other laws by the defendants in this case;

26      WHEREAS over 50 other complaints have been filed to-date in federal district courts

27 throughout the United States by plaintiffs purporting to bring class actions on behalf of cellular

28 telephone and other device users on whose devices software made by defendant Carrier IQ, Inc. is

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    or has been embedded (collectively, including the above-captioned matter, the "CIQ cases");

2         WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to

3    transfer the CIQ cases to this jurisdiction for coordinated and consolidated pretrial proceedings

4    pursuant to 28 U.S.C. Sec. 1407, and responses to the motion supporting coordination or

5    consolidation have been filed;

6         WHEREAS plaintiffs anticipate the possibility of one or more consolidated amended

7    complaints in the CIQ cases;

8         WHEREAS plaintiffs and defendant Carrier IQ have agreed that an orderly schedule for

9    any response to the pleadings in the CIQ cases would be more efficient for the parties and for the

10   Court;

11        WHEREAS plaintiffs agree that the deadline for defendant Carrier IQ to answer, move, or

12   otherwise respond to their complaint shall be extended until the earliest of the following dates: (1)

13   forty-five days after the filing of a consolidated amended complaint in the CIQ cases; or (2) forty-

14   five days after plaintiffs provide written notice to defendants that plaintiffs do not intend to file a

15   consolidated amended complaint; or (3) as otherwise ordered by this Court or the MDL transferee

16   court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date

17   or if otherwise required to respond at an earlier date in any of these cases, Carrier IQ will respond

18   to the complaint in the above-captioned action on that earlier date;

19        WHEREAS plaintiffs further agree that this extension is available, without further

20   stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of

21   their intention to join this Stipulation;

22        WHEREAS this Stipulation does not constitute a waiver by Carrier IQ of any defense,

23   including but not limited to the defenses of lack of personal jurisdiction, subject matter

24   jurisdiction, improper venue, sufficiency of process or service of process;

25        WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does

26   not constitute a waiver of any defense, including but not limited to the defenses of lack of

27   personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or

28   service of process; and

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

WHEREAS, plaintiffs and defendant Carrier IQ, as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence,

Now, therefore, pursuant to Civil Local Rule 7-12, plaintiffs in the above-referenced case and defendant Carrier IQ, by and through their respective counsel of record, hereby stipulate as follows:

1.   The deadline for Carrier IQ to answer, move, or otherwise respond to plaintiffs' complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiffs provide written notice to defendant Carrier IQ that plaintiffs do not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ should agree to an earlier response date or if otherwise required to respond at an earlier date in any of these cases, except by court order specifying a different sequence of responsive pleading, Carrier IQ will respond to the complaint in the above-captioned case on that earlier date.

2.   This extension is available, without further stipulation with counsel for plaintiffs, to all named defendants who notify plaintiffs in writing of their intention to join this Stipulation;

3.   This Stipulation does not constitute a waiver by Carrier IQ or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4.   As a condition of entry into this Stipulation, defendant Carrier IQ and any other defendant(s) joining this Stipulation, and the plaintiffs, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    IT IS SO STIPULATED.

2        DATED: December 30, 2011          KIRTLAND & PACKARD LLP

3                                      By /s/ Behram V. Parekh
4                                         Michael Louis Kelly - State Bar No. 82063
                                          mlk@kirtlandpackard.com
5                                         Behram V. Parekh - State Bar No. 180361
                                          bvp@kirtlandpackard.com
6                                         Heather M. Peterson - State Bar No. 261303
                                          hmp@kirtlandpackard.com
7                                         2361 Rosecrans Avenue
                                          Fourth Floor
8                                         EI Segundo, California 90245
                                          Telephone: (310) 536-1000
9                                         Facsimile: (310) 536-1001

10
                                          *Attorneys for Plaintiffs*
11
                                          FENWICK & WEST LLP
12
13                                     By /s/ Tyler G. Newby
                                          Tyler G. Newby (CSB No. 205790)
14                                        tnewby@fenwick.com
                                          Jennifer J. Johnson (CSB No. 252897)
15                                        jjjohnson@fenwick.com
                                          555 California Street, 12th Floor
16                                        San Francisco, CA 94104
                                          Ph:   (415) 875-2300
17                                        Fax: (415) 281-1350

18
                                          Rodger R. Cole (CSB NO. 178865)
19                                        rcole@fenwick.com
                                          Molly R. Melcher (CSB NO. 272950)
20                                        mmelcher@fenwick.com
                                          Silicon Valley Center
21                                        801 California Street
                                          Mountain View, CA  94041
22                                        Ph:    650.988.8500
                                          Fax:  650.938.5200
23

24                                        *Attorneys for Defendant Carrier IQ, Inc.*

25

26

27

28

STIP RE CONTINUANCE OF TIME FOR                    4                          CV-11-05975-EJD
DEF. TO RESPOND TO COMPLAINT

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**CERTIFICATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT.**  In compliance with General Order 45.X.B, I hereby attest that Behram V. Parekh has concurred in this filing.

DATED: December 30, 2011          By /s/ Tyler G. Newby
                                         TYLER G. NEWBY (CSB No. 205790)
                                         FENWICK & WEST LLP
                                         555 California Street, 12th Floor
                                         San Francisco, CA 94104
                                         Ph: (415) 875-2300
                                         Fax:  (415) 281-1350
                                         tnewby@fenwick.com

25143/00401/DOCS/2572059.1

1   RODGER R. COLE (CSB No. 178865)
    rcole@fenwick.com
2   MOLLY R. MELCHER (CSB No. 272950)
    mmelcher@fenwick.com
3   FENWICK & WEST LLP
    Silicon Valley Center
4   801 California Street
    Mountain View, CA  94041
5   Telephone:  650.988.8500
    Facsimile:  650.938.5200
6
    TYLER G. NEWBY (CSB No. 205790)
7   tnewby@fenwick.com
    JENNIFER J. JOHNSON (CSB No. 252897)
8   jjjohnson@fenwick.com
    555 California Street, 12th Floor
9   San Francisco, CA 94104
    Telephone: 415.875.2300
10  Facsimile:  415.281.1350

11  Attorneys for Defendant
    Carrier IQ, Inc.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16  LINDSAY PADILLA, ELIEZER PILOWSKY,        Case No.: CV-11-05975-EJD
    and STEVEN WATTS, on behalf of themselves
17  and ALL others similarly situated,        [PROPOSED] ORDER GRANTING
                                              STIPULATION RE CONTINUANCE
18                    Plaintiffs,             OF TIME FOR DEFENDANT TO
                                              RESPOND TO COMPLAINT AND
19          v.                                [PROPOSED] ORDER EXTENDING
                                              TIME TO RESPOND TO COMPLAINT
20  CARRIER IQ, INC., a Delaware Corporation,
    and Does 1 to 10, inclusive,
21
                      Defendants.
22

23

24          Pursuant to stipulation, it is SO ORDERED.

25  Dated:  January 4, 2012              _____
                                          Honorable Edward J. Davila
26                                        United States District Judge

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW