RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for DEFENDANT
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDSAY PADILLA, ELIEZER PILOWSKY, and STEVEN WATTS, on behalf of themselves and ALL others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware Corporation, and Does 1 to 10, inclusive,<br><br>Defendants. | Case No.: 11-cv-05975-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

Pursuant to stipulation, it is SO ORDERED.
The Case Management Conference is continued to May 11, 2012 at 10:00 AM.
The parties shall file a joint case mangement conference statement on May 4, 2012.

Dated: February 16, 2012

_____
Honorable Edward J. Davila
United States District Judge

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-cv-05975-EJD