RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for DEFENDANT
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDSAY PADILLA, ELIEZER PILOWSKY, and STEVEN WATTS, on behalf of themselves and ALL others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CARRIER IQ, INC., a Delaware Corporation, and Does 1 to 10, inclusive, <br><br> Defendants. | Case No.: 11-cv-05975-EJD <br><br> [PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

Pursuant to stipulation, it is SO ORDERED.
The Case Management Conference is continued to May 11, 2012 at 10:00 AM.
The parties shall file a joint case mangement conference statement on May 4, 2012.

Dated: February 16, 2012

_____
Honorable Edward J. Davila
United States District Judge