1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:  650.988.8500
   Facsimile:  650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone: 415.875.2300
   Facsimile:  415.281.1350
11
   Attorneys for Defendant
12 CARRIER IQ, INC.

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | LINDSAY PADILLA, ELIEZER PILOWSKY, | Case No.: 3:11-cv-05975-EMC
17 | and STEVEN WATTS, on behalf of themselves and ALL others similarly situated, | **[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE**
18 | Plaintiffs, |
19 | v. |
20 | CARRIER IQ, INC., a Delaware Corporation, and Does 1 to 10, inclusive, |
21 | |
22 | Defendants. |

23

24     Pursuant to stipulation, it is HEREBY ORDERED:

25     1.     The Initial Case Management Conference and all associated deadlines, and the

26 date set for ADR certification and selection are continued until further order from this Court.

27     2.     This Stipulation does not constitute a waiver by Carrier IQ of any defense,

28 including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter

[PROPOSED] ORDER                                                    Case No.: 3:11-cv-05975-EMC

jurisdiction, improper venue, sufficiency of process, or service of process.

Dated: 4/24/12

_____
Honorable
IT IS SO ORDERED
Judge Edward M. Chen